UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:24-CR-00286(1)-RP |
| | § | |
| (1) Omar Alvarado-Garay | § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 10, 2025, wherein the defendant Alvarado-Garay waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Alvarado-Garay to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant Alvarado-Garay's plea of guilty to Count 1 of the Indictment is accepted.

    Signed this 23rd day of January, 2025.

                                                                                                          ROBERT PITMAN
                                                                                   UNITED STATES DISTRICT JUDGE